Bradley Shane SHEPPARD,
Petitioner–Appellant,

v.

WARDEN OF FCI ESTILL,
Respondent–Appellee,

and

United States of America, Respondent.

No. 11–6633.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 2, 2011.

Bradley Shane Sheppard, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Shane Sheppard, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sheppard v. Warden of FCI–Estill,* No. 1:10–cv–03220–RMG, 2011 WL 1258556 (D.S.C. Apr. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*